*York Tel. Co.*, 178 N. Y. 118, 122; *Laidlaw v. Sage*, 158 N. Y. 73, 99.) Since there is no liability on the part of Compagni, there can be none on the part of Manlius and, further, Manlius may not be held liable since Compagni was an independent contractor. (*Ehret v. Village of Scarsdale*, 269 N. Y. 198, 204–205; *Uppington v. City of New York*, 165 N. Y. 222, 232–233.) (Appeal from judgment of Onondaga Trial Term in negligence action.) Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Cardamone, JJ.

■ ROY NICHOLS, Plaintiff, v. NIAGARA MOHAWK POWER CORP., Appellant, and VILLAGE OF MANLIUS, Respondent. (Action No. 2.) — Order unanimously affirmed, without costs. Same memorandum as in Action No. 1. (*Nichols v. Niagara Mohawk Power Corp.*, 37 A D 2d 909) decided herewith. (Appeal from order of Onondaga Trial Term dismissing cross claim in negligence action.) Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Cardamone, JJ.

■ MARY NICHOLS, Respondent v. NIAGARA MOHAWK POWER CORP. et al., Appellants. (Action No. 3.) — Judgment insofar as it is in favor of plaintiff against the Village of Manlius unanimously reversed on the law and facts and complaint dismissed as to that defendant; otherwise judgment unanimously affirmed, without costs. Same memorandum as in Action No. 1, (*Nichols v. Niagara Mohawk Power Corp.*, 37 A D 2d 909) decided herewith. (Appeal from judgment of Onondaga Trial Term in negligence action.) Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Cardamone, JJ.

■ MARY NICHOLS, Plaintiff, v. NIAGARA MOHAWK POWER CORP., Appellant and VILLAGE OF MANLIUS, Respondent. (Action No. 4.) — Order unanimously affirmed, without costs. Same memorandum as in Action No. 1, (*Nichols v. Niagara Mohawk Power Corp.*, 37 A D 2d 909) decided herewith. (Appeal from order of Onondaga Trial Term dismissing cross claim in negligence action.) Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Cardamone, JJ.

■ MARTIN NICHOLS, by His Parent and Natural Guardian, ROY E. NICHOLS, Respondent, v. NIAGARA MOHAWK POWER CORP., et al., Appellants. (Action No. 5.) — Judgment insofar as it is in favor of plaintiff against the Village of Manlius unanimously reversed on the law and facts and complaint dismissed as to that defendant; otherwise judgment unanimously affirmed without costs. Same memorandum as in Action No. 1, (*Nichols v. Niagara Mohawk Power Corp.*, 37 A D 2d 909) decided herewith. (Appeal from judgment of Onondaga Trial Term in negligence action.) Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Cardamone, JJ.

■ MARTIN NICHOLS, by His Parent and Natural Guardian, ROY E. NICHOLS, Plaintiff, v. NIAGARA MOHAWK POWER CORP., Appellant, and VILLAGE OF MANLIUS, Respondent. (Action No. 6.) — Order unanimously affirmed, without costs. Same memorandum as in Action No. 1 (*Nichols v. Niagara Mohawk Power Corp.*, 37 A D 2d 909) decided herewith. (Appeal from order of Onondaga Trial Term dismissing cross claim in negligence action.) Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Cardamone, JJ.

■ ANNA GAUDIO, as Executrix of LEONARDO GAUDIO, Deceased, Respondent, v. NIAGARA MOHAWK POWER CORP. et al., Appellants. (Action No. 7.) — Judgment insofar as it is in favor of plaintiff against the Village of Manlius unanimously reversed on the law and facts and complaint dismissed as to that defendant; otherwise judgment unanimously affirmed, with costs to plaintiff against defendant Niagara Mohawk Power Corp. Same memorandum as in Action No. 1, (*Nichols v. Niagara Mohawk Power Corp.*, 37 A D 2d 909) decided herewith. (Appeal from judgment of Onondaga Trial Term in negligence action.) Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Cardamone, JJ.